# United States Bankruptcy Court
## District of South Carolina

IN RE:

Michael Henry Pace, Jr.
825 Starnes Road
Enoree, SC  29335

CASE NO.: 15-02072-hb
CHAPTER 13

_____ DEBTOR

## MOTION TO DISMISS CASE

Pursuant to this Court's Order filed on November 14, 2016, I hereby move for the dismissal of the above-entitled case on the grounds that the Debtor failed to comply with the terms of the said Order as the Debtor failed to make timely payments.

Date: 05/11/2018

/s/ Gretchen D. Holland
_____
Gretchen D. Holland, Chapter 13 Trustee
20 Roper Corners Cir Ste C
Greenville, SC  29615-4833
864-242-0314
864-242-3679 Facsimile

cc: Attorney for the Debtor(s)

Edward L. Bailey, Esq.
251 South Pine St.
Spartanburg, SC  29302-2626